Submitted on appellant's brief on record October 19, affirmed November 5, petition for rehearing denied December 7, 1971, petition for review denied January 11, 1972,

## STATE OF OREGON, *Respondent, v.* WILLIAM FOREST ZILKO (No. 16172), *Appellant.*

489 P2d 1153

David R. Dierdorff, Bend, for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).